IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **ROBERT ERICKSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**A PLACE FOR MOM, INC.**<br><br>Defendant/Respondent | Cause No.:   **CV16-0742-RAJ**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of May, 2016** at **1:02 PM** at the address of **300 DESCHUTES WAY SW STE 304, TUMWATER, Thurston County, WA 98501**; this declarant served the above described documents upon **A PLACE FOR MOM, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Caroline Little** , **REGISTERED AGENT , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a white female approx. 35-45 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 74.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED ___6/1/16_____.

_[signature]_

**Scott Gogan, Reg. # 11-0127-04, Thurston County**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 1

For: **Cantor, Clifford A. / Law Offices P.C.**
Ref #: **ERICKSON V. A PLACE FOR MOM, INC.**

Tracking #: **0011839575**