THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ERICKSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>A PLACE FOR MOM, INC., a Delaware corporation,<br><br>        Defendant. | No. C16-0742 RAJ<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT A PLACE FOR MOM, INC. |

TO:    The Clerk of the above-entitled Court; and

TO:    Robert Erickson, individually and on behalf of all others similarly situated, plaintiff above named; and

TO:    Cliff Cantor of Law Offices of Clifford A. Cantor, P.C., Steven L. Woodrow and Patrick H. Peluso of Woodrow & Peluso, LLC, attorneys of record for Plaintiff and the Class

PLEASE TAKE NOTICE of the appearance in this litigation for defendant A PLACE FOR MOM, INC., by and through its undersigned counsel, James F. Williams and Nicola C. Menaldo of Perkins Coie LLP. Copies of all documents and pleadings with regard

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT – 1
Case No. C16-0742 RAJ
LEGAL131377732.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

to this litigation, with the exception of original process, are to be served on the undersigned counsel.

DATED this 8th day of June, 2016.

s/ James F. Williams, WSBA #23613
James F. Williams, WSBA #23613
JWilliams@perkinscoie.com

s/ Nicola C. Menaldo, WSBA #44459
Nicola C. Menaldo, WSBA #44459
NMenaldo@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
A PLACE FOR MOM, INC.

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT – 2
Case No. C16-0742 RAJ
LEGAL131377732.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

CAROL KNESS states as follows:

1. I am a litigation secretary at the law firm of Perkins Coie LLP, have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. I certify that on the 8th day of June, 2016, I made arrangements to file the original of the foregoing NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT A PLACE FOR MOM, INC. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**

Cliff Cantor, WSBA #17893
Law Offices of Clifford A. Cantor, P.C.
627 – 208th Ave., SE
Sammamish, WA 98074
Telephone: 425.868.7813
cliff.cantor@outlook.com

3. On the same day, I made arrangements to deliver the same to counsel of record via email and/or U.S. Mail:

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**

Steven L. Woodrow (*pro hac vice* application to be filed)
Patrick H. Peluso (*pro hac vice* application to be filed)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, CO 80210
Telephone: 720.213.0675
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

Stefan Coleman
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT – 3
Case No. C16-0742 RAJ
LEGAL131377732.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

DATED this 8th day of June, 2016.

By:   s/Carol Kness
     Carol Kness, Litigation Secretary

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT – 4
Case No. C16-0742 RAJ
LEGAL131377732.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000