THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ERICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR MOM, INC., a Delaware corporation,<br><br>Defendant. | No.  C16-0742 RAJ<br><br>STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF ROBERT ERICKSON'S CLAIMS AND DEFENDANT A PLACE FOR MOM, INC.'S COUNTERCLAIM PURSUANT TO FRCR 41(a)(1)(ii) |

**RELIEF REQUESTED**

The parties to this action hereby stipulate to Plaintiff Robert Erickson's dismissal of his claims against Defendant A Place for Mom, Inc. ("APFM") with prejudice, the claims of any putative class members without prejudice, and dismissal of Defendant's counterclaim against Plaintiff without prejudice pursuant to FRCP 41(a)(1)(ii).

STIPULATION & ORDER FOR DISMISSAL
PURSUANT TO FRCR 41(a)(1)(ii) – 1
Case No. C16-0742 RAJ
132375084.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## STATEMENT OF FACTS

Robert Erickson is presently the only named plaintiff in this putative class action based on the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").  No class has been certified in this action.  APFM has made a counterclaim for declaratory relief against Erickson.  The parties to this action hereby stipulate to the voluntary dismissal of Plaintiff's TCPA claims against Defendant and to Defendant's counterclaim against Plaintiff.

## AUTHORITY

This motion is made pursuant to Fed. R. Civ. P. 41(a)(1)(ii) & (c), which provide that an action may be dismissed without a court order "by filing a stipulation of dismissal signed by all parties who have appeared."

Additionally, a Fed. R. Civ. P. 41 dismissal may be subject to the provisions of Fed. R. Civ. P. 23(e) regarding voluntary dismissal or settlement where a class has been certified. However, because no class has been certified in this action, the provisions of Fed. R. Civ. P. 23(e) do not apply.

## CONCLUSION

WHEREFORE, Plaintiff Robert Erickson and Defendant APFM hereby voluntarily dismiss the claims and counterclaims pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

DATED this 15th day of August, 2016.

STIPULATION & ORDER FOR DISMISSAL
PURSUANT TO FRCR 41(a)(1)(ii) – 2
Case No. C16-0742 RAJ
132375084.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

STIPULATED and AGREED to by all parties to this action.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| s/ Clifford A. Cantor, WSBA #17893<br>Clifford A. Cantor<br>Law Offices of Clifford A. Cantor, P.C.<br>627 208th Ave. SE<br>Sammamish, WA 98074-7033<br>Tel: 425-868-7813<br>Fax: 425-868-7870<br>Email: cliff.cantor@outlook.com<br><br>Steven L. Woodrow*<br>Patrick H. Peluso*<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Tel:    (720) 213-0675<br>Fax:    (303) 927-0809<br>Email: swoodrow@woodrowpeluso.com<br>           ppeluso@woodrowpeluso.com<br><br>Stefan Coleman<br>Law Offices of Stefan Coleman, P.A.<br>201 S. Biscayne Blvd, 28th Floor<br>Miami, Fl 33131<br>Tel: 877.333.9427<br>Fax: 888.498.8946<br>ATTORNEYS FOR PLAINTIFF AND THE CLASS<br><br>*_Pro hac vice_ application to be filed | s/ James F. Williams, WSBA #23613<br>James F. Williams, WSBA #23613<br>Nicola C. Menaldo, WSBA #44459<br>James G. Snell, _admitted pro hac vice_<br><br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Tel:    206.359.8000<br>Fax:    206.359.9000<br>Email: JWilliams@perkinscoie.com<br>           NMenaldo@perkinscoie.com<br>           JSnall@perkinscoie.com<br><br>Attorneys for Defendant<br>A PLACE FOR MOM, INC |

STIPULATION & ORDER FOR DISMISSAL
PURSUANT TO FRCR 41(a)(1)(ii) – 3
Case No. C16-0742 RAJ
132375084.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

PURSUANT TO THE FOREGOING,

IT IS SO ORDERED.

DATED: _____

_____
Honorable Richard A. Jones

STIPULATION & ORDER FOR DISMISSAL
PURSUANT TO FRCR 41(a)(1)(ii) – 4
Case No. C16-0742 RAJ
132375084.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**CERTIFICATE OF SERVICE**

CAROL KNESS states as follows:

1. I am a litigation secretary at the law firm of Perkins Coie LLP, have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. I certify that on the 15th day of August, 2016, I made arrangements to file the foregoing STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF ROBERT ERICKSON'S CLAIMS AND DEFENDANT A PLACE FOR MOM, INC.'S COUNTERCLAIM PURSUANT TO FRCR 41(a)(1)(ii) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**

Cliff Cantor, WSBA #17893
Law Offices of Clifford A. Cantor, P.C.
627 – 208th Ave., SE
Sammamish, WA  98074
Telephone:   425.868.7813
cliff.cantor@outlook.com

3. On the same day, I made arrangements to deliver the same to counsel of record via email and/or U.S. Mail:

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**

Steven L. Woodrow (*pro hac vice* application to be filed)
Patrick H. Peluso (*pro hac vice* application to be filed)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, CO  80210
Telephone:   720.213.0675
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

Stefan Coleman
Law Offices of Stefan Coleman, P.A.

STIPULATION & ORDER FOR DISMISSAL
PURSUANT TO FRCR 41(a)(1)(ii) – 5
Case No. C16-0742 RAJ
132375084.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

201 S. Biscayne Blvd., 28th Floor
Miami, FL  33131

STIPULATION & ORDER FOR DISMISSAL
PURSUANT TO FRCR 41(a)(1)(ii) – 6
Case No. C16-0742 RAJ

132375084.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

DATED this 15th day of August, 2016.

By:   s/Carol Kness
      Carol Kness, Litigation Secretary

STIPULATION & ORDER FOR DISMISSAL
PURSUANT TO FRCR 41(a)(1)(ii) – 7
Case No. C16-0742 RAJ

132375084.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000